GEORGE POWELL, an Infant, by JESSIE POWELL, His Guardian and Litem

Respondent, v. C. HENRY HOLTERMAN and Others, Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.